IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Teresa L. Fick, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| V. | )   Case No. 11-0002-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

On Friday, January 13, 2012, the Court heard oral argument on the *Fick Brief In Support Of The Complaint*, filed July 5, 2011 [Doc.7]; the *Brief For Defendant*, filed September 19, 2011 [Doc. 11]; and the *Fick Reply Brief*, filed October 14, 2011 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                              */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**